**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Wingate Inns International, Inc.

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation, | : |
| Plaintiff, | : Case No. 2:21-cv-08331-BRM-MF |
| v. | : |
| MILAN HOSPITALITY, LLC, a Missouri Limited Liability Company; and MIHIR PATEL, an individual, | : **FINAL JUDGMENT BY DEFAULT** |
| Defendants. | : |

  This matter having been opened to the Court by plaintiff, Wingate Inns International, Inc. ("WII"), by its attorneys, Connell Foley LLP, seeking the entry of final judgment by default against defendants Milan Hospitality, LLC and Mihir Patel (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on April 6, 2021, seeking damages as a result of the breach of a franchise agreement between WII and Defendants; and service of the Summons and Complaint having been effectuated with respect to Milan Hospitality, LLC, by personal service in Blue Springs, Missouri on May 9, 2021, and Mihir Patel, by personal service in Blue Springs, Missouri on May 9, 2021; and Defendants having failed to Answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendants on July 21, 2021 for their failure to plead or otherwise

defend in this action; and the Court having reviewed the papers; and Defendants having not filed an opposition to the motion, and good cause having been shown why judgment should be entered:

**IT IS** on this __23rd__ day of _____September_____, 2021,

    **ORDERED, ADJUDGED, AND DECREED** that WII have judgment against Defendants, jointly and severally, in the total amount of $415,289.23, comprised of the following:

a)     $15,824.35 for Recurring Fees (principal plus prejudgment interest).

b)     $248,111.76 for the unamortized, outstanding principal balance of the Development Incentive Note (principal plus prejudgment interest).

c)     $151,353.12 for Liquidated Damages (principal plus prejudgment interest).

_____
**HON. BRIAN R. MARTINOTTI, U.S.D.J.**

6070546-2