DocuSign Envelope ID: 28A5C2CA-1B9A-4620-BB70-DAD8BECB8944

# EXHIBIT A

**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Wingate Inns International, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation, | Civil Action No. 2:21-cv-08331-JMV-MF |
| Plaintiff, | **WARRANT TO SATISFY** |
| v. | **JUDGMENT** |
| MILAN HOSPITALITY, LLC, a Missouri Limited Liability Company; and MIHIR PATEL, an individual, | |
| Defendants. | |

**TO THE CLERK OF THE ABOVE NAMED COURT:**

**WHEREAS**, Final Judgment by Default was entered on September 23, 2021, in the above-entitled action in favor of plaintiff Wingate Inns International, Inc., and against defendants, Milan Hospitality, LLC and Mihir Patel, in the United States District Court, District of New Jersey, in the amount of $415.289.23;

**NOW**, **THEREFORE**, this is your warrant and authority to enter on the aforesaid record, this warrant in full satisfaction of the above Judgment against defendants, Milan Hospitality, LLC and Mihir Patel.

6

DocuSign Envelope ID: 28A5C2CA-1B9A-4629-BB70-DAD8BECB8944

**Connell Foley LLP**
Attorneys for Plaintiff,
Wingate Inns International, Inc.


/s/Bryan P. Couch

By: _____
     Bryan P. Couch

Date:   March 4, 2022


7